# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

Rehearing No. 588

140401

VIVIAN ATKINS,
        Plaintiff-Appellee,

v

SUBURBAN MOBILITY AUTHORITY FOR
REGIONAL TRANSPORTATION, d/b/a
SMART,
        Defendant-Appellant.
_____

SC: 140401
COA: 288461
Wayne CC: 07-721025-NI

      On order of the Court, the motion for rehearing is considered, and it is DENIED.

      CAVANAGH, MARILYN KELLY AND HATHAWAY, JJ., would grant rehearing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2012

_____
Clerk